TEAL & MONTGOMERY
STEVEN O. TEAL  (Bar No. 58454)
815 Fifth Street, Suite 200
Santa Rosa, California 95404
Telephone: (707) 525-1212
Facsimile: (707) 544-1388

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HEIDINGSFELDER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALLIED WASTE INDUSTRIES, INC.<br>GROUP LONG TERM DISABILITY PLAN<br>and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No.  CV 08 3116 SI<br><br>PROOF OF SERVICE OF SUMMONS AND COMPLAINT AND RELATED DOCUMENTS (CCP § 415.40) |

    I declare under penalty of perjury under the laws of the United States of America and the State of California that at the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.  On August 5, 2008, I served the summons and complaint in this case on:

Allied Waste Industries, Inc. Group Long Term Disability Plan,
c/o Standard Insurance Company,
1100 SW Sixty Avenue
Portland, Oregon 97204

by delivering a copy of the following documents by Certified Mail, Return Receipt Requested and received the return receipt signed by a representative of Standard Insurance Company on behalf of Allied Waste Industries, Inc. Group Long Term Disability Plan, on August 7, 2008, in accordance with Code of Civil Procedure § 415.40:

- Summons in a Civil Case;
- Complaint for Benefits Under 29 U.S.C. § 1132;
- Order Setting Initial Case Management Conference and ADR Deadlines;
- Case Management Conference Order;
- Welcome to the U.S. District Court, San Francisco;

***

- Public Notice; and
- ECF Registration Information Handout.

DATED:  August 19, 2008

                TEAL & MONTGOMERY

           By: *Terry Menshek*
                Terry Menshek

2

UNITED STATES POSTAL SERVICE

Sender: Please print your name, address, and ZIP+4 in this box

TRAIL & MONTGOMERY
SIX FIFTH STREET, SUITE 500
SANTA ROSA, CA 95401-6316

RECD AUG 1 2008

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

STANDARD INSURANCE Company
1100 SW Sixth Avenue
Portland, Oregon 97204

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7007 1490 0000 5836 1465

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540