1  ANDREW M. ALTSCHUL (State Bar No. 226008)
   BUCHANAN ANGELI ALTSCHUL &
2  SULLIVAN LLP
   321 SW 4th Avenue, Suite 600
3  Portland, Oregon  97204
   Telephone:  503.974.5022
4  Facsimile:   971.230.0337
   E-mail: *andrew@baaslaw.com*

      Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT HEIDINGSFELDER**, | |
| Plaintiff, | Case No. CV 08-3116-SI |
| v. | |
| **ALLIED WASTE INDUSTRIES, INC. GROUP LONG TERM DISABILITY PLAN, and DOES 1 through 100, inclusive**, | **STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER OR OTHERWISE PLEAD** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective undersigned attorneys that Defendant Allied Waste Industries, Inc. Group Long Term Disability Plan may have an additional 28 days, to and including September 24, 2008, within which to answer or otherwise respond to the Complaint herein.  This extension will not interfere with any existing court imposed deadlines.

/ / / /

/ / / /

/ / / /

- 1 -

**STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER OR OTHERWISE PLEAD**

| | | |
|---|---|---|
| 1 | Dated: August 27, 2008 | BUCHANAN ANGELI ALTSCHUL & SULLIVAN LLP |
| 2 | | |
| 3 | | /s/Andrew Altschul |
| 4 | | Andrew M. Altschul (#226008)<br>Attorney for Defendant |
| 5 | Dated: August 27, 2008 | TEAL & MONTOGOMERY |
| 6 | | /s/Michael Henderson |
| 7 | | Michael Henderson (#175608)<br>Attorney for Plaintiff |

-2-

**STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER OR OTHERWISE PLEAD**

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing **STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER OR OTHERWISE PLEAD** on the following named person(s):

Michael S. Henderson
TEAL & MONTGOMERY
815 Fifth Street, Suite 200
Santa Rosa, California 95404

Attorneys for plaintiff

on the date indicated below by

☐ mailing with postage prepaid

☐ hand delivery

☐ facsimile transmission

☐ overnight delivery

x  Electronic Delivery via CM/ECF filing

in the matter *Heidingsfelder v. Allied Waste Industries, Inc. Group Long Term Disability Plan*, CV-08-3116-SI (ND CA)

DATED: August 27, 2008.

BUCHANAN ANGELI ALTSCHUL & SULLIVAN LLP

/s/ Andrew Altschul
_____
Andrew M. Altschul (#226008)
Telephone: (503) 974-5011
Facsimile: (971) 230-0337
Email: *andrew@baaslaw.com*

Attorney for Defendant

- 1 -

**CERTIFICATE OF SERVICE**