ANDREW M. ALTSCHUL (State Bar No. 226008)
BUCHANAN ANGELI ALTSCHUL &
SULLIVAN LLP
321 SW 4th Avenue, Suite 600
Portland, Oregon 97204
Telephone: 503.974.5022
Facsimile: 971.230.0337
E-mail: *andrew@baaslaw.com*

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT HEIDINGSFELDER**, <br><br> Plaintiff, <br><br> v. <br><br> **ALLIED WASTE INDUSTRIES, INC. GROUP LONG TERM DISABILITY PLAN, and DOES 1 through 100, inclusive**, <br><br> Defendants. | Case No. CV 08-3116-SI <br><br> **STIPULATION REQUESTING RESCHEDULING OF CASE MANAGEMENT CONFERENCE RE ADR** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective undersigned attorneys that the Case Management Conference set for December 12, 2008 at 2:30 pm re ADR be rescheduled to February 6, 2009 at 2:30 pm via telephone.

The December 12, 2008 Case Management Conference was originally scheduled to address some potential concerns the parties had regarding ADR that the parties have now been able to resolve. The parties are currently in the process of scheduling a mediation in January, 2009 and jointly believe it will be in their clients and the courts mutual interest to postpone the Case Management Conference until completion of that mediation.

The request to have the hearing via telephone is to accommodate Defendant's counsel who is located in Portland, Oregon. Plaintiff's counsel has no objection to this request.

- 1 -

**STIPULATION REQUESTING A RESCHEDULING OF THE CASE MANAGEMENT CONFERENCE RE ADR**

| | | |
|---|---|---|
| 1 | Dated: December 5, 2008 | BUCHANAN ANGELI ALTSCHUL & SULLIVAN LLP |
| 2 | | |
| 3 | | _/s/Andrew Altschul_ |
| 4 | | Andrew M. Altschul (#226008)<br>Attorney for Defendant |
| 5 | Dated: December 5, 2008 | TEAL & MONTOGOMERY |
| 6 | | _/s/Michael Henderson_ |
| 7 | | Michael Henderson (#175608)<br>Attorney for Plaintiff |

IT IS SO ORDERED:

Dated:_____    _____
                        UNITED STATES DISTRICT COURT JUDGE

-2-

**STIPULATION REQUESTING A RESCHEDULING OF THE CASE MANAGEMENT CONFERENCE RE ADR**

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **STIPULATION REQUESTING A RESCHEDULING OF THE CASE MANAGEMENT CONFERENCE RE ADR** on the following named person(s):

Michael S. Henderson
TEAL & MONTGOMERY
815 Fifth Street, Suite 200
Santa Rosa, California 95404

Attorneys for plaintiff

on the date indicated below by

☐  mailing with postage prepaid

☐  hand delivery

☐  facsimile transmission

☐  overnight delivery

☒  Electronic Delivery via CM/ECF filing

in the matter *Heidingsfelder v. Allied Waste Industries, Inc. Group Long Term Disability Plan*, CV-08-3116-SI (ND CA)

DATED:  December 5, 2008.

BUCHANAN ANGELI ALTSCHUL & SULLIVAN LLP

*/s/ Andrew Altschul*
_____
Andrew M. Altschul (#226008)
Telephone:  (503) 974-5022
Facsimile:  (971) 230-0337
Email: *andrew@baaslaw.com*

Attorney for Defendant

- 1 -

**CERTIFICATE OF SERVICE**