ANDREW M. ALTSCHUL (State Bar No. 226008)
BUCHANAN ANGELI ALTSCHUL &
SULLIVAN LLP
321 SW 4th Avenue, Suite 600
Portland, Oregon 97204
Telephone: 503.974.5022
Facsimile: 971.230.0337
E-mail: *andrew@baaslaw.com*

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT HEIDINGSFELDER**, <br><br>  Plaintiff, <br><br>  v. <br><br> **ALLIED WASTE INDUSTRIES, INC. GROUP LONG TERM DISABILITY PLAN, and DOES 1 through 100, inclusive**, <br><br>  Defendants. | Case No. CV 08-3116-SI <br><br> **STIPULATED DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their respective counsel of record that the above-referenced action be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated: February 23, 2009.  BUCHANAN ANGELI ALTSCHUL &
                             SULLIVAN LLP


                             */s/Andrew Altschul*
                             Andrew M. Altschul (#226008)
                             Attorney for Defendant

- 1 -

**STIPULATED DISMISSAL**

| | | |
|---|---|---|
| 1 | Dated: February 23, 2009. | TEAL & MONTOGOMERY |
| 2 | | |
| 3 | | */s/Michael Henderson* |
| 4 | | Michael Henderson (#175608)<br>Attorney for Plaintiff |
| 5 | | |
| 6 | IT IS SO ORDERED: | |
| 7 | | |
| 8 | Dated:_____ | _____<br>UNITED STATES DISTRICT COURT JUDGE |

-2-

**STIPULATED DISMISSAL**

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **STIPULATED DISMISSAL** on the following named person(s):

Michael S. Henderson
TEAL & MONTGOMERY
815 Fifth Street, Suite 200
Santa Rosa, California 95404

Attorneys for plaintiff

on the date indicated below by

☐    mailing with postage prepaid

☐    hand delivery

☐    facsimile transmission

☐    overnight delivery

x    Electronic Delivery via CM/ECF filing

in the matter *Heidingsfelder v. Allied Waste Industries, Inc. Group Long Term Disability Plan*, CV-08-3116-SI (ND CA)

DATED: February 23, 2009.

BUCHANAN ANGELI ALTSCHUL & SULLIVAN LLP

*/s/ Andrew Altschul*
_____
Andrew M. Altschul (#226008)
Telephone: (503) 974-5022
Facsimile: (971) 230-0337
Email: *andrew@baaslaw.com*

Attorney for Defendant

- 1 -

**CERTIFICATE OF SERVICE**